GUSTAVE SHIFF et al., Appellants, *v.* THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued March 12, 1880; decided June 8, 1880.)

(Reported below, 16 Hun, 278.)

*F. R. Sherman* for appellant.

*Frank Loomis* for respondent.

Agree to affirm on opinion of court below. FOLGER, Ch. J., ANDREWS, RAPALLO and EARL, JJ., concur; DANFORTH, J., reads for reversal and new trial; MILLER, J., concurs.

Judgment affirm